IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CURTIS W. RONEY, JR., on behalf of
himself and all others similarly situated,

      Plaintiff,

vs.                 Case No.: 08-CV-1005-WJ-WDS

GARRETT THORNBURG, LARRY A.
GOLDSTONE, ANN-DRUE M. ANDERSON,
DAVID A. ATER, JOSEPH H. BADAL,
ELIOT R. CUTLER, MICHAEL B. JEFFERS,
IKE KALANGIS, FRANCIS I. MULLIN, III,
STUART C. SHEARMAN, DAVID J. MATLIN,
MARK R. PATTERSON LLC (d/b/a
MATLIN-PATTERSON GLOBAL ADVISERS
LLC) and THORNBURG MORTGAGE, INC.,

      Defendants.
_____/

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

below-mentioned e-mail addresses and I hereby certify that I have also e-mailed the foregoing

documents to each person listed below:

Benjamin Silva, Jr., Esq.
Christopher T. Saucedo, Esq.
Silva & Saucedo, P.C.
201 Third Street N.W., Ste. 1800
P.O. Box 100
Albuquerque, NM 87103
bsilva@silvalaw.org
csaucedo@silvalaw.org

Lionel Z. Glancy, Esq.
Michael Goldberg, Esq.
Glancy Binkow & Goldberg LLP

1801 Avenue of the Starts
Los Angeles, CA 90067
info@glancylaw.com

Attorneys for Plaintiff Curtis W. Roney, Jr.

David F. Cunningham, Esq.
Thompson, Hickey, Cunningham, Clow & April, P.A.
460 St. Michael's Drive
Building 1100, Suite 1103
Santa Fe, NM 87501
dfc@catchlaw.com

Frank T. Herdman, Esq.
Rubin Katz Law Firm, P.C.
123 E. Marcy Street, Suite 200
Santa Fe, NM 87501
fherdman@rubinkatzlaw.com

Robert Badal, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Robert.badal@wilmerhale.com

Attorneys for Defendant Garrett Thornburg, Larry A. Goldstone, Ann-Drue M. Anderson, Joseph H. Badal, Eliot R. Cutler, Michael B. Jeffers, Ike Kalangis, Francis I. Mullin, III, Stuart C. Sherman, Thomas Cooley, Thornburg Mortgage, Inc. David A. Ater

Jeffrey Coviello, Esq,
Thomas C. Rice, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
jcoviello@stblaw.com

William Spencer Reid, Esq.
Keleher & McLeod
PO Drawer AA
Albuquerque, NM 87103
sr@keleher-law.com

Attorneys for Defendants David J. Matlin, Mark R. Patterson, MP TMAC LLC, MP TMA (Cayman) LLC, Matlin Patterson LLC

/s/
Shane C. Youtz