## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTIRCT OF NEW MEXICO

CURTIS W. RONEY, on behalf of himself
and all others similarly situated,

               Plaintiff,

vs.                                   No. CIV 08-1005 JB/SMV

GARRETT THORNBURG,
LARRY A. GOLDSTONE,
ANN-DRUE M. ANDERSON,
DAVID A. ATER, JOSEPH H. BADAL,
ELIOT R. CUTLER, MICHAEL B. JEFFERS,
IKE KALANGIS, FRANCIS I. MULLIN, III,
STUART C. SHERMAN, DAVID J. MATLIN,
MARK R. PATTERSON, THOMAS COOLEY,
MP TMAC LLC, MP TMA (CAYMAN) LLC,
MATLIN PATTERSON LLC
(d/b/a/ MATLINPATTERSON GLOBAL
ADVISOERS LLC) and THORNBURG
MORTGAGE, INC.

               Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) Plaintiff Curtis W. Roney, Jr.,'s Notice of Voluntary Dismissal Without Prejudice, filed March 4, 2012 (Doc. 27)("Roney Dismissal"); and (ii) Plaintiff Dr. Louise Chasin-Simon Foundation's Notice of Voluntary Dismissal, filed March 29, 2013 (Doc. 35)("Chasin-Simon Foundation Dismissal"). In the Roney Dismissal, Roney voluntarily dismissed his case against all Defendants without prejudice. See Roney Dismissal at 1. In the Chasin-Simon Foundation Dismissal, the Dr. Louis Chasin-Simon Foundation dismissed without prejudice its case against all Defendants. See Chasin-Simon Foundation Dismissal at 1. Because the Roney Dismissal and Chasin-Simon Foundation Dismissal dispose of all claims and parties before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that this case and all claims are dismissed without prejudice, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Benjamin Silva, Jr.
Silva, Saucedo & Gonzales, P.C.
Albuquerque, New Mexico

-- and --

Christopher T. Saucedo
Saucedo Chavez, P.C.
Albuquerque, New Mexico

-- and --

Lionel Z. Glancy
Michael Goldberg
Glancy, Binkow & Goldberg, LLP
Los Angeles, California

    *Attorneys for Plaintiff Curtis W. Roney, Jr.*

Lee Squitieri
Squitieri & Fearon, LLP
New York, New York

-- and --

Shane C. Youtz
Albuquerque, New Mexico

    *Attorneys for Plaintiff Dr. Hilla Louise Chashin Simon Foundation, Inc.*

David F. Cunningham
Thompson, Hickey, Cunningham, Clow, April & Dolan, P.A.
Santa Fe, New Mexico

    *Attorneys for Defendants Garrett Thornburg, Larry A. Goldstone,*
     *Ann-Drue M. Anderson, Eliot R. Cutler, Ike Kalangis, Francis I. Mullin, III,*
     *Thomas Cooley, Thornburg Mortgage, Inc., and David A. Ater*

Donald L. Flexner
Amy L. Neuhartdt
Philip C. Korologos
Boise, Schiller & Flexner, LLP
Washington, D.C.

   *Attorneys for Defendants Garret Thornburg, Ann-Drue M. Anderson, Eliot R. Cutler,*
      *Ike Kalangis, Francis I. Mullin, III, Thomas Cooley, and David A. Ater*

Clinton W. Marrs
Tax, Estate & Business Law, N.A., LLC
Albuquerque, New Mexico

-- and --

Jonathan A. Shapiro
Wilmer, Cutler, Pickering Hale and Dorr, LLP
Palo Alto, California

   *Attorneys for Defendant Larry A. Goldstone*

David A. Freedman
David H. Urias
Freedman, Boyd, Hollander, Goldberg, Urias & Ward, P.A.
Albuquerque, New Mexico

   *Attorneys for Defendant Joseph H. Badal, Michael B. Jeffers and Stuart C. Sherman*

Robert Badal
Wilmer, Cutler, Pickering, Hale and Dorr, LLP
Los Angeles, California

   *Attorneys for Defendant Michael B. Jeffers and Thornburg Mortgage, Inc.*

Joseph Goldberg
Freedman, Boyd, Hollander, Goldberg, Urias & Ward, P.A.
Albuquerque, New Mexico

   *Attorneys for Defendant Stuart C. Sherman*

Jeffrey Coviello
Thomas C. Rice
Simpson, Thatcher & Bartlett, LLP
New York, New York

-- and --

William Spencer Reid
Keleher & McLeod
Albuquerque, New Mexico

    *Attorneys for Defendants David J. Matlin, Mark R. Patterson, MP TMAC LLC,*
      *MP TMA (Cayman) LLC, and Maitlin Patterson LLC*